UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BRENNAN EVANS,                           :
                                         :
                                         :  CASE NO.: 1:19-cv-03743
          Plaintiff,                     :
                                         :
   -against-                             :
                                         :
                                         :
NIGHTSTAR THERAPEUTICS PLC, CHRIS        :
HOLLOWOOD, DAVID FELLOWS, PAULA          :
COBB, DAVID LUBNER, JAMES                :
MCARTHUR, DAVID MOTT, and SCOTT          :
WHITCUP,                                 :
                                         :
                                         :
          Defendants.                    :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses WITHOUT PREJUDICE the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 15, 2019                      Respectfully Submitted,

                                         **MONTEVERDE & ASSOCIATES PC**

                                         /s/ Juan E. Monteverde
                                         Juan E. Monteverde
                                         The Empire State Building
                                         350 Fifth Avenue, Suite 4405
                                         New York, New York 10118
                                         Tel: 212-971-1341
                                         Fax: 212-202-7880

                                         *Attorney for Plaintiff*